■ KENNETH R. WIERZBOWSKI, Respondent, v KORYN P. WALKER et al., Defendants, and SOUTHEAST COMMUNITY WORKS CENTER, Appellant. [955 NYS2d 780]

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Smith, J.P., Fahey, Sconiers, Valentino and Whalen, JJ.